IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANCIS LEE,
ADC #92543                                                                                    PLAINTIFF

v.                              5:04CV00326 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                    DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that defendants' motions for summary judgment (DE ##66, 83) are hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of July 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE