IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANCIS LEE,
ADC #92543                                                                                         PLAINTIFF

v.                                    5:04CV00326 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of July 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE